# EXHIBIT D

Case 1:20-cv-10060-NMG   Document 1-4   Filed 01/13/20   Page 2 of 3

10/1/2019   (2) The New York Times on Twitter: "Lawrence Lessig, a Harvard Law professor, spoke with our reporter, Nellie Bowles, about Jeffrey Ep...



← **Tweet**



**The New York Times** ✓
@nytimes

Lawrence Lessig, a Harvard Law professor, spoke with our reporter, Nellie Bowles, about Jeffrey Epstein, Joi Ito, MIT and reputation laundering



A Harvard Professor Doubles Down: If You Take Epstein's Money, Do It in Secret
A conversation with Lawrence Lessig about Jeffrey Epstein, M.I.T. and reputation laundering.
🔗 nytimes.com

11:45 AM · Sep 14, 2019 · SocialFlow

**54** Retweets   **179** Likes

🔍 Search Twitter

**Relevant people**


**The New York Ti...**
@nytimes
News tips? Share the
nyti.ms/2FVHq9v "The
new TV series. Episod
10 p.m. on FX and on

**Trends for you**

**Amber Guyger**

**#DeliverDiGiorno**
We're getting into the delive
📷 Promoted by DiGiorno

**Prince Harry**

**Zuckerberg**

**#BestWaysToEndAnArgum**

Show more

Terms   Privacy policy   Cookies
More ⌄   © 2019 Twitter, Inc.

💬     ↻     ♡     ⬆

 **Parker Molloy** ✓ @ParkerMolloy · Sep 14
Replying to @nytimes and @NellieBowles
Lessig's like



💬   ↻ 2   ♡ 29   ⬆

 **Dorrian Porter** @dgp · Sep 14
Replying to @nytimes
I guess he doesn't think men should beat their wives but if they do they damn well better make it anonymous. What a bad essay. They hid it because they wanted the 💲. A solution to reputation laundering could be a "Money begrudgingly accepted from really bad people" plaque.

💬 1   ↻ 2   ♡ 2   ⬆

1 more reply

 **Mark Kleiman** @markkleiman · Sep 15
Replying to @nytimes

10/1/2019

Case 1:20-cv-10060-NMG   Document 1-4   Filed 01/13/20   Page 3 of 3

(2) The New York Times on Twitter: "Lawrence Lessig, a Harvard Law professor, spoke with our reporter, Nellie Bowles, about Jeffrey Ep...



- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

So Ito thought Epstein would no longer be "sleeping with -- trying to seduce" 14 and 16-year olds. It's not seduction. It's RAPE. Now we know what Lessig really thinks of pedophilia. Wish @NellieBowles had pushed him on this wretched misogyny

♡ 2   ↻ 1   💬   ⤴

**RM1** @rnmay · Sep 15
Replying to @nytimes and @NellieBowles
My head is still spinning from the spinning Lessig tried to conjure up for this interview. This guy is either hiding something or needs to wake the hell up.

♡ 1

**Andrew Olivastro** @andyolivastro · Sep 14
Replying to @nytimes
With maybe one breath in between:

> in ==certain science and wanted certain science to be advanced==. I think he wanted to be close to the ==advancement of that science.==
>
> When Joi had been convinced that, you know, this is not an ongoing criminal, I think Joi was open to what might have been interesting about him and his, you

♡ 8   ↻ 1

**wensilver** 🅜 🍑 @wensilver · Sep 14
Replying to @nytimes
@NellieBowles Now do the reputation laundering LOUIS FREEH did for Dershowitz

It's a very lucrative 💰💰 business model for him. He crafts a bogus narrative to get the high profile client out of the shits.

To wit
⬇



Alumni Trustee Review of 'Flawed' Freeh Report Leak...
A confidential report by seven alumni-elected Penn State trustees says a two-year review of source ...
🔗 statecollege.com

↻ 1

**Don Von Crump** @DonVonCrump1 · Sep 14
Replying to @nytimes
You could be compromised, you could be blackmailed, especially by Jeffrey. Bill Clinton? They'd have to be out of their minds."



Yet Another Journalist Who Accepted Favors From Jeffrey Epstein
In an exclusive interview, Edward Jay Epstein expands on his friendship with Jeffrey Epstein and claims the pedophile financier was the "poster ...

🔍 Search Twitter

**Relevant people**

 The New York Ti...
@nytimes
News tips? Share the
nyti.ms/2FVHq9v "The
new TV series. Episod
10 p.m. on FX and on

**Trends for you**

**Amber Guyger**

**#DeliverDiGiorno**
We're getting into the delive
Promoted by DiGiorno

**Prince Harry**

**Zuckerberg**

**#BestWaysToEndAnArgum**

Show more

Terms   Privacy policy   Cookies
More ⌄   © 2019 Twitter, Inc.