# EXHIBIT G

Case 1:20-cv-10060-NMG   Document 1-7   Filed 01/13/20   Page 2 of 4

10/1/2019        (2) Dorrian Porter on Twitter: "@nytimes I guess he doesn't think men should beat their wives but if they do they damn well better make it...

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

Search Twitter

← Tweet

**The New York Times** @nytimes · Sep 14
Lawrence Lessig, a Harvard Law professor, spoke with our reporter, Nellie

A Harvard Professor Doubles Down: If You Take Epstein's Money, Do It i...
A conversation with Lawrence Lessig about Jeffrey Epstein, M.I.T. and reputation laundering.
🔗 nytimes.com

💬 30    🔁 54    ♡ 179    ⬆

**Dorrian Porter**
@dgp

Replying to @nytimes

I guess he doesn't think men should beat their wives but if they do they damn well better make it anonymous. What a bad essay. They hid it because they wanted the      . A solution to reputation laundering could be a "Money begrudgingly accepted from really bad people" plaque.

11:58 AM · Sep 14, 2019 · Twitter for iPhone

**2** Retweets   **2** Likes

💬    🔁    ♡    ⬆

**Willetts Magazine** @WillettsMagazi1 · Sep 14
Replying to @dgp and @nytimes
Another solution: take away the tax exemption from bad actors. I don't know, like enablers of pedophiles? Like MIT? Harvard?

💬    🔁 2    ♡    ⬆

**Relevant people**

**Dorrian Porter**
@dgp
Founder & CEO @ves the Board at Museum Design @sf_mcd. Org Imagination

**The New York Ti...**
@nytimes
News tips? Share ther nyti.ms/2FVHq9v "Th new TV series. Episod 10 p.m. on FX and on

**Trends for you**

#IAmTheWhistleblower

#DeliverDiGiorno
We're getting into the delive
🔹 Promoted by DiGiorno

FAFSA

Zuckerberg

Dame

Show more

Terms   Privacy policy   Cookies
More ⌄    © 2019 Twitter, Inc.



**Tweet**

**The New York Times** @nytimes · Sep 14
Lawrence Lessig, a Harvard Law professor, spoke with our reporter, Nellie Bowles, about Jeffrey Epstein, Joi Ito, MIT and reputation laundering

A Harvard Professor Doubles Down: If You Take Epstein's Money, Do It i...
A conversation with Lawrence Lessig about Jeffrey Epstein, M.I.T. and reputation laundering.
nytimes.com

💬 30   🔁 54   ♡ 179   ⬆

**Mark Kleiman**
@markkleiman

Replying to @nytimes

So Ito thought Epstein would no longer be "sleeping with -- trying to seduce" 14 and 16-year olds. It's not seduction. It's RAPE. Now we know what Lessig really thinks of pedophilia. Wish @NellieBowles had pushed him on this wretched misogyny

10:54 AM · Sep 15, 2019 · Twitter Web App

**1** Retweet   **2** Likes

**Relevant people**

**Mark Kleiman**
@markkleiman
I am a long-time hum represent whistle blov corporate crime and 1 the afflicted and afflic comfortable

**The New York Ti...**
@nytimes
News tips? Share ther nyti.ms/2FVHq9v "The new TV series. Episod 10 p.m. on FX and on

**Nellie Bowles**
@NellieBowles
Reporter for the New covering tech and cul nellie.bowles@nytime

**Trends for you**

#IAmTheWhistleblower

#DeliverDiGiorno
We're getting into the delive
Promoted by DiGiorno

FAFSA

Zuckerberg

Dame

Show more

Terms   Privacy policy   Cookies
More ˅   © 2019 Twitter, Inc.

Case 1:20-cv-10060-NMG   Document 1-7   Filed 01/13/20   Page 4 of 4

10/1/2019 (2) Chris Fisher on Twitter: "@nytimes @NellieBowles Regarding this: ""If you're going to take the money, you damn well better make it a...

Q Search Twitter

- Home
- # Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

Tweet

← **Tweet**

**The New York Times** ✓ @nytimes · Sep 14

A Harvard Professor Doubles Down: If You Take Epstein's Money, Do It i...
A conversation with Lawrence Lessig about Jeffrey Epstein, M.I.T. and reputation laundering.
🔗 nytimes.com

💬 30   🔁 54   ♡ 179   ⬆

**Chris Fisher**
@YoCtopher

Replying to @nytimes and @NellieBowles

Regarding this:  ""If you're going to take the money, you damn well better make it anonymous"": There's NO WAY MIT would take the $ openly from a notorious pedophile.  HOW CONVENIENT to find an ethically acceptable means to take it anonymously.

8:15 AM · Sep 15, 2019 · Twitter Web App

💬   🔁   ♡   ⬆

**Relevant people**

**Chris Fisher**
@YoCtopher
Scientist, businessma
liberal...Cancer and IC

**The New York Ti...**
@nytimes
News tips? Share ther nyti.ms/2FVHq9v "The new TV series, Episod 10 p.m. on FX and on

**Nellie Bowles** ✓
@NellieBowles
Reporter for the New covering tech and cul nellie.bowles@nytime

**Trends for you**

**#IAmTheWhistleblower**

**#DeliverDiGiorno**
We're getting into the delive
▶ Promoted by DiGiorno

**Zuckerberg**

**FAFSA**

**Dame**

Show more

Terms   Privacy policy   Cookies
More ∨   © 2019 Twitter, Inc.