UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSIG,<br><br>    Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br>ELLEN POLLOCK, DANIEL PAQUET,<br>and NELLIE BOWLES,<br><br>    Defendants. | C. A. No.: 1:20-cv-10060 |

## NOTICE OF APPEARANCE

I, Tara D. Dunn, hereby enter my appearance on behalf of the Plaintiff Lawrence Lessig.

Respectfully submitted,

LAWRENCE LESSIG,
By his attorneys,

/s/ Tara D. Dunn
Howard M. Cooper (BBO # 543842)
Tara D. Dunn (BBO # 699329)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
T: 617-720-2626
Email:  hcooper@toddweld.com
            tdunn@toddweld.com

Dated: January 13, 2019

## CERTIFICATE OF SERVICE

I, Tara D. Dunn, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 13, 2020.

/s/ Tara D. Dunn
Tara D. Dunn