UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSIG,<br><br>    Plaintiffs<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, ELLEN POLLOCK, DANIEL PAQUET, and NELLIE BOWLES,<br><br>    Defendants. | CIVIL ACTION<br>NO. 1:20-cv-10060 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants The New York Times Company, Ellen Pollock, Daniel Paquet, and Nellie Bowles.

I certify that I am admitted to practice in this Court.

            By their attorneys,

           /s/Jonathan M. Albano
           Jonathan M. Albano
           BBO #013850
           jonathan.albano@morganlewis.com
           **MORGAN, LEWIS & BOCKIUS LLP**
           One Federal Street
           Boston, MA  02110-1726
           +1.617.341.7700

Dated:  February 4, 2020

- 2 -

## CERTIFICATE OF SERVICE

      I, Jonathan M. Albano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 4, 2020.

                                    /s/Jonathan M. Albano
                                    Jonathan M. Albano