UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSIG,<br><br>   Plaintiff,<br><br>  v.<br><br>THE NEW YORK TIMES COMPANY,<br>ELLEN POLLOCK, DEAN BAQUET,<br>and NELLIE BOWLES,<br><br>   Defendants. | C. A. No.: 1:20-cv-10060 |

## NOTICE OF VOLUNTARY WITHDRAWAL WITHOUT PREJUDICE

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Lawrence Lessig hereby gives notice of his voluntary dismissal of this action *without* prejudice.  Professor Lessig is voluntarily dismissing this action, *without* prejudice, in light of the defendants' decision to correct the offending publication at issue, making it clear that Professor Lessig never defended MIT for taking, or advocated other institutions of higher learning to take, money from Jeffrey Epstein, even if anonymously. Defendants have not yet filed or served an answer or motion to dismiss in this action.

LAWRENCE LESSIG,

By his attorneys,

*/s/ Howard M. Cooper*
Howard M. Cooper (BBO # 543842)
Tara D. Dunn (BBO # 699329)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA  02110
T: 617-720-2626
Email:  hcooper@toddweld.com
tdunn@toddweld.com

Dated:  April 13, 2020

**CERTIFICATE OF SERVICE**

I, Howard M. Cooper, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2020.

/s/ *Howard M. Cooper*
Howard M. Cooper